UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAIME ALEJANDRO PEREZ,<br>Defendant. | Case No. 24cr0067-CAB<br>24MJ9079<br><br>**INFORMATION**<br><br>Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(8) – Felon in Possession of a Firearm and Ammunition; Title 18, U.S.C., Sec. 924(d)(1) and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |

The United States Attorney charges:

On or about December 11, 2024, within the Southern District of California, Defendant JAIME ALEJANDRO PEREZ, being a person who had previously been convicted in a court, that is, the Superior Court of California, County of San Diego, of a crime punishable by imprisonment for a term exceeding one year, that is, on or about April 20, 2010, of Attempt. Extortion, in violation of California Penal Code section 524, did knowingly and unlawfully possess in and affecting interstate commerce, to wit: a black semi-automatic 9mm caliber pistol, Glock 19, bearing serial number AKKY482, and 16 rounds of 9 mm caliber ammunition; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

//

//

//

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in this Information, Defendant JAIME ALEJANDRO PEREZ shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the firearm and ammunition involved in said offense and all property traceable to such property, including but not limited to the following:

1. A black semi-automatic 9mm caliber pistol, Glock 19 bearing serial number AKKY482; and
2. Approximately 16 rounds of 9mm caliber ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

DATED: January 6, 2025.

TARA K. McGRATH
United States Attorney

GEORGE V. MANAHAN
Assistant U.S. Attorney