PROB 12B
(08/16)

July 10, 2026
pacts id: 7176421

**UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA**

**Request for Modifying the Conditions or Term of Supervision**
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Jaime Alejandro Perez (English) **Dkt. No.:** 25CR00067-001-CAB

**Name of Sentencing Judicial Officer:** The Honorable Cathy Ann Bencivengo, U.S. District Judge

**Sentence:** Three years' probation *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** October 21, 2025

**Date Supervised Release Commenced:** October 21, 2025

**Prior Violation History:** Yes. See prior court correspondence.

---

**PETITIONING THE COURT**

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

Complete 25 hours of community service in a program approved by the probation officer.

**CAUSE**

On July 1, 2026, this officer conducted a home inspection at Mr. Perez's residence, which included inspecting his vehicle. This officer observed a small package of marijuana on the front passenger seat during the inspection. Mr. Perez initially stated the marijuana belonged to his girlfriend and she left it in his vehicle. On July 2, 2026, Mr. Perez reported to the probation office to further discuss the marijuana found in his vehicle and he admitted it belonged to him. Additionally, he reported he had used the illicit substance on or about June 23, 2026, through June 30, 2026, because of stress in his life. He signed a written admission acknowledging his use of marijuana and submitted a urine specimen that screened positive for cannabinoids. Mr. Perez was admonished for his conduct and placed in the drug testing program for monitoring.

Given the conduct noted above, this officer discussed modifying his terms and conditions of supervision to add the completion of 25 community service hours. The community service would further serve as a punitive sanction for his conduct. Mr. Perez agrees with the proposed special condition as evidenced by his signature on the attached Waiver of Hearing to Modify Conditions of Supervised Release. Therefore, it is respectfully recommended that the conditions of supervision be modified accordingly.

Respectfully submitted:

by: ______________________________
Erica M. Ephriam
Senior U.S. Probation Officer
(619) 446-3846
Attachments:

bmc for ao/mcs

---

**THE COURT ORDERS:**

_x_ THE MODIFICATION OF CONDITIONS AS NOTED ABOVE

____ OTHER ______________________________________________

______________________________________________

______________________________ 7/13/2026
The Honorable Cathy Ann Bencivengo Date
U.S. District Judge